IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-521-MOC-DCK

| | |
|---|---|
| DEB IP LTD., a company organized and existing under the laws of England, and DEB USA, INC., a Delaware corporation, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | ORDER |
| CWGC LA INC., a California corporation, ) ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by Sarah F. Hutchins, concerning Steven J. Hampton on July 1, 2016. Mr. Steven J. Hampton seeks to appear as counsel *pro hac vice* for Plaintiffs DEB IP Ltd. and DEB USA, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Mr. Steven J. Hampton is hereby admitted *pro hac vice* to represent Plaintiffs DEB IP Ltd. and DEB USA, Inc.

**SO ORDERED**.

Signed: July 6, 2016

David C. Keesler
United States Magistrate Judge