IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-521-MOC-DCK

| | |
|---|---|
| DEB USA, INC.; and DEB IP LTD., | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| CWGC LA INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For Leave To File Documents Under Seal" (Document No. 13) filed August 16, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that Plaintiff's counsel has informed the Court that Plaintiffs do not object, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion For Leave To File Documents Under Seal" (Document No. 13) is **GRANTED**. The following documents shall be filed under seal and remain under seal until further order of this Court: "Memorandum Of Law In Support Of Defendant's Motion To Dismiss For Lack Of Personal Jurisdiction And Alternative Motions To Transfer" (Document No. 16); and "Declaration Of Peter X. Bai" (Document No. 18).

**SO ORDERED.**

Signed: August 29, 2016

David C. Keesler
United States Magistrate Judge