UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00521-MOC-DCK

| | |
|---|---|
| **DEB USA, INC.** <br> **DEB IP LTD.,** <br><br> Plaintiffs, <br><br> Vs. <br><br> **CWGC LA INC.,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) ORDER <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER** is before the court on plaintiffs' Motion for Leave to Take Limited Jurisdictional Discovery. Having considered plaintiffs' motion and reviewed the pleadings, including defendant's Response, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiffs' Motion for Leave to Take Limited Jurisdictional Discovery (#44) is GRANTED, the parties are allowed to take jurisdictional discovery within the limits proposed in Exhibit 1 to plaintiff's supporting brief and by taking the deposition of Mr. Bai, and the parties are allowed up to and inclusive of January 13, 2017, to complete such limited jurisdictional discovery. Such limited discovery is without prejudice to the later taking of fact, expert, or damages discovery. Discovery disputes arising during such process shall be resolved by Judge Keesler. Not later than January 27, 2017, defendant shall file an amended Brief in support of Motion to Dismiss/Transfer Venue based on such jurisdictional

discovery and plaintiffs shall file their amended Brief in Response by February 10, 2017. There shall be no Reply.

Signed: November 18, 2016

Max O. Cogburn Jr.
United States District Judge