## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:16-CV-521-MOC-DCK

| | |
|---|---|
| DEB USA, INC.; and DEB IP LTD., | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| CWGC LA INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For Leave To File Documents Under Seal" (Document No. 59) filed January 31, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's counsel has no objection to the motion, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion For Leave To File Documents Under Seal" (Document No. 59) is **GRANTED**.

**IT IS FURTHER ORDERED** that the following Documents be deemed filed under seal effective the date of the original unsealed filing on January 27, 2017:

1. Third Supplemental Declaration of Peter Bai (Document No. 55);

2. Declaration of Lee Sherrell with Exhibit A (Document No. 56);

3. Declaration of Greg Bredice (Document No. 57); and

4. Declaration of Bub-Joo Lee with Exhibit A (Document No. 58).

The Court notes and approves the designation of said documents as "Attorneys' Eyes Only;" the documents may not be disclosed to the Party Plaintiffs pending further Orders of this Court.

**SO ORDERED.**

Signed: February 1, 2017

David C. Keesler
United States Magistrate Judge